1
2
3
4
5
6
7

8                  IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10  MICHAEL PLUNKETT,

11           Petitioner,                    No. CIV S-09-3460 DAD P

12      vs.

13  ATTORNEY GENERAL OF THE
    STATE OF CALIFORNIA,
14
             Respondent.            ORDER
15  _____/

16         Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17  habeas corpus pursuant to 28 U.S.C. § 2254. In accordance with the court's December 23, 2009

18  order, petitioner has paid the filing fee.

19         "A petitioner for habeas corpus relief must name the state officer having custody

20  of him or her as the respondent to the petition." Stanley v. California Supreme Court, 21 F.3d

21  359, 360 (9th Cir. 1994) (citing Rule 2(a), 28 U.S.C. foll. § 2254). Petitioner has named the

22  Attorney General of the State of California as the respondent in this action. The Attorney

23  General, however, is not the proper respondent. Accordingly, the instant petition must be

24  dismissed with leave to amend. See Stanley, 21 F.3d at 360. Petitioner is advised that the proper

25  respondent in the usual habeas action is the warden of the institution where the petitioner is

26  currently incarcerated. See Stanley, 21 F.3d at 360.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's application for writ of habeas corpus is dismissed with leave to file an amended petition within thirty days from the date of this order;

2. Any amended petition must be filed on the form employed by this court, must name the proper respondent, and must state all claims and prayers for relief on the form. It must bear the case number assigned to this action and must bear the title "Amended Petition"; and

3. The Clerk of the Court is directed to send petitioner the form for habeas corpus application.

DATED: January 14, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
plun3460.122